ACCEPTED
04-15-00152-CV
FOURTH COURT OF APPEALS
SAN ANTONIO, TEXAS
3/18/2015 5:23:22 PM
KEITH HOTTLE
CLERK

NO. 2013-CI-14809

| | | |
|---|---|---|
| MARY BARRERA | § | IN THE DISTRICT COURT OF |
| | § | |
| vs. | § | BEXAR COUNTY, TEXAS |
| | § | |
| HEB GROCERY COMPANY, L.P. | § | 45TH JUDICIAL DISTRICT |

FILED IN
4th COURT OF APPEALS
SAN ANTONIO, TEXAS
03/18/2015 5:23:22 PM
KEITH E. HOTTLE
Clerk

## NOTICE OF APPEAL

TO THE COURT:

Plaintiff, Mary Barrera, hereby give notice of his desire to appeal the final judgment signed on February 18, 2015, by the 45th Judicial District Court of Bexar County, Texas, in cause number 2013-CI-14809, styled *Mary Barrera v. HEB Grocery Company, L.P.* Appeal is hereby taken to either the Fourth Courts of Appeals in Bexar County, Texas. This notice is filed by plaintiff, Mary Barrera.

Dated: March 13, 2015.

Respectfully submitted,

/s/Timothy A. Hootman
Timothy A. Hootman,
SBN 09965450
2402 Pease St
Houston, TX 77003
713.247.9548
713.583.9523 (f)
E-mail: thootman2000@yahoo.com

/s/Brian H. Crockett
Brian H. Crockett, SBN 24074094
10565 Katy Fwy, Ste 400
Houston, TX 77024
713.779.3467
888.779.3237

ATTORNEYS FOR APPELLANT

## CERTIFICATE OF SERVICE

I hereby certify that, in accordance with Rule 9.5 of the Texas Rules of Appellate Procedure, I have served the forgoing document upon the following attorneys by personal mail, commercial delivery service, fax, or electronic service:

>Norma Herrera-Worley
>BARTON, EAST & CALDWELL, P.L.L.C.
>One River Place
>700 North St. Mary's St, Ste 1825
>San Antonio, TX 78205

Dated: March 13, 2015.

>/s/Timothy A. Hootman
>Timothy A. Hootman